Summary of Plan | Use for Original and Amended Plans

**Wassana, Christopher & Desire**     Case No. 14-80961     Dated: 08/20/14

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee | Monthly Interest Factor | Additional Interest due to payment not beg. In month 1 | Amount of Claim | Uns. Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | Sony PSP & Push mower w/o bag | Dixie Finance | $ 150.00 | 4307 | 12.0000% | 1 | 49 | $3.93 | Trustee | 49 | $192.38 | 0.010000 | $ 1.50 | $ 415 | $ 265 |
| I.A. | Pushmower w/bag; HP Printer scanne | Covington Credit | $ 600.00 | 5636 | 12.0000% | 1 | 49 | $15.70 | Trustee | 49 | $769.51 | 0.010000 | $ 6.00 | $ 600 | $ 0 |
| I.A. | Toshiba Laptop & Sony PS2 | Empire Finance | $ 350.00 | 5135 | 12.0000% | 1 | 49 | $9.16 | Trustee | 49 | $448.88 | 0.010000 | $ 3.50 | $ 411 | $ 61 |
| I.A. | Emerson 32" Flat Screen TV | Empire Finance | $ 150.00 | 3765 | 12.0000% | 1 | 49 | $3.93 | Trustee | 49 | $192.38 | 0.010000 | $ 1.50 | $ 330 | $ 180 |
| I.A. | 2006 Dodge Ram | Shawnee Auto | $ 9,850.00 | 2198 | 12.0000% | 1 | 49 | $257.81 | Trustee | 49 | $12,632.83 | 0.010000 | $ 98.50 | $ 9,850 | $ 0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | $ 0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | $ 0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | $ 0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | $ 0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | $ 0 |
| II.A. | 2012 Kia | Peak Acceptance, LLC | $ 17,021.00 | XXXXXXXXXXXX21 | 1795.0000% | 1 | 60 | $387.72 | Debtor | 60 | $0.00 | | | Total Uns. Amt. | $ 505 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| II.A. | 1203 Ideal, Seminole, OK | Chase Manhattan Mortgage | $ 62,796.71 | 5636 | 2.2420% | 1 | 60 | $402.62 | Trustee | 60 | $24,157.20 | | | | |
| II.B. | 1203 Ideal, Seminole, OK | Chase Manhattan Mortgage | $ 5,200.00 | 5636 | 2.2420% | 1 | 60 | $91.87 | Trustee | 60 | $5,512.03 | 0.001868 | $ 9.72 | | |
| II.B. | | | $ 402.62 | | | | | $403.37 | Trustee | 1 | $403.37 | 0.000000 | $ 0.75 | | |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| II.B. | | | $ 0.00 | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | $ 0.00 | | |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| IV.A. | Attorney Fees | JE. Palinkas, P.C. | | | | | | | Trustee | | $2,613.00 | | | | |
| IV.B. | Taxes | | | | | | | | Trustee | | | | | | |
| IV.B. | Taxes | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| Total | | | | | | | | | | | $46,921.58 | | | | |

**Class V Executory Contracts:**

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 36 | 60 | 1 | 60 | $890.00 | Debtor | 60 | $53,400.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |
| TOTAL AMOUN... | | | | | | | $53,400.00 |
| Trustee Fee (10... | | | | | | | $5,340.00 |
| Total paid to Cl... | | | | | | | $46,921.58 |
| Amount to be p... | | | | | | | $1,138.42 |
| Amount by which plan is not feasible (If positive then plan is feasible). | | | | | | | ($0.00) |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:
Monthly Net Disposable Income: (Form 22C, L. 59)    $0.00
Disposable Income to Unsecured Creditors Amount (DITUC):    $0.00

Amount available to all Creditors under Chapter 7:
Total Priority Claims:    $0.00
Chapter 7 Test Amount:    $0.00

Greater of Below Median DITUC or Chapter 7 Test Amount:    $0.00
Greater of Above Median DITUC or Chapter 7 Test Amount:    $0.00

Amount proposed to Pay to Class IV.C. Claims (In Re Lanning):    $1,138.42
(Must be more than Greater of DITUC or CH 7 Test)

Amount to Class IV.C. Claims:    $1,138.42

Estimated Payment to Unsecured Creditors:
Class IV.C. Claims per Sch. F    $22,055
Claims Relegated to Class IV.C.    $505
Total Class IV.C. (Non-Priority Unsecured) Claims    $22,561
Required Amount to Class IV.C. Claims    $1,138.42
Estimated Percentage to Class IV.C. Claims:    5.05%

BELOW MEDIAN DISPOSABLE INCOME CALCULATION:
Amount paid in months 1 to 36 by Debtor:    $32,040.00
Less Trustee Fee:    $3,204.00
Less payments to Creditors:    $46,921.58
Net to Class IV.C Claims:    $0.00

$32,040.00
$0.00
$0.00
$0.00

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |



Form SP Post-Act 07012011(for Plan form 07-01-2011)