UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 14–80961**
**Chapter: 13**

**FILED**
Sep. 9, 2014
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

Christopher Lee Wassana
fka Desiree Lynn Lena
1203 Ideal St.
Seminole, OK 74868

Desiree Lynn Wassana
fka Desiree Lynn Lena
1203 Ideal St.
Seminole, OK 74868

Social Security No.:
xxx–xx–9955

xxx–xx–3994

Employer's Tax I.D. No.:

---

MINUTE ENTRY: Confirmation Hearing Rescheduled (RE: related document(s)7 Chapter 13 Plan filed by Debtor Christopher Lee Wassana, Joint Debtor Desiree Lynn Wassana and 18 Summary of Plan filed by Debtor Christopher Lee Wassana, Joint Debtor Desiree Lynn Wassana). Confirmation hearing to be held on 11/6/2014 at 10:00 AM at Courtroom 215, U.S. Post Office & Courthouse, 4th & Grand Okmulgee OK. (Clark, Tina)

Dated: 9/9/14

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**